## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVE GILLON[1] | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-_____ |
| | * | |
| NATIONAL ARCHIVES AND | * | |
| RECORDS ADMINISTRATION | * | |
| Washington, D.C. 20404 | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, seeking the production of records responsive to a request submitted by Plaintiff Steve Gillon ("Gillon") to Defendant National Archives and Records Administration ("NARA").

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Gillon is a U.S. citizen and representative of the news media.

---

[1] Pursuant to Local Civil Rule 5.1(c)(1), the Plaintiff's residential address is being filed under seal with the Court in a separate Notice of Filing.

4. Defendant NARA is an agency within the meaning of 5 U.S.C. § 552(f) and is in possession and/or control of the requested records that are the subject of this action.

## COUNT ONE

5. By letter dated May 5, 2020, Gillon submitted a FOIA request to NARA.

6. By letter dated October 9, 2020, NARA notified Gillon that it had identified approximately 19,500 pages and 334 e-mail messages potentially responsive to his FOIA request. The FOIA request was designated as Request No. 2020-0040-F.

7. By e-mail dated May 20, 2024, Gillon and NARA agreed to an expansion of the original FOIA request, which resulted in an additional 1,400 pages and 543 e-mails being deemed potentially responsive. At that time, NARA indicated to Gillon that the expansion would only result in an additional four and one-half months to complete production of responsive records.

8. In January 2025, Gillon requested information regarding the status of the production of his request. He was informed by NARA there had been no changes to the production timeline, and that completion of the processing of responsive records was set for May 2025.

8. By e-mail dated June 10, 2025, NARA informed Gillon that an estimated date of completion of the FOIA request had been modified and was now set at nineteen (19) additional months, or January 2027.

9. Gillon has constructively exhausted all requisite administrative remedies.

10. Gillon is entitled to timely receipt of non-exempt copies of all records responsive to his FOIA request.

WHEREFORE, Plaintiff Steve Gillon prays that this Court:

(1) Orders Defendant NARA to timely disclose all non-exempt copies of the requested records and make copies promptly available to him;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   June 30, 2025

                                              Respectfully submitted,

                                                 *s/ Mark S. Zaid*

                                        _____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiff